# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

July 20, 2011

No. 08-11195

Lyle W. Cayce
Clerk

THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, INC, On Behalf of Itself and All Others Similarly Situated,

Plaintiff-Appellant

v.

HALLIBURTON CO; DAVID J LESAR,

Defendants-Appellees

Appeal from the United States District Court
for the Northern District of Texas

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before REAVLEY, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM:

This court's opinion denying class certification at 597 F.3d 330 has been vacated by the Supreme Court in *Erica P. John Fund, Inc., fka Archdiocese of Milwaukee Supporting Fund, Inc. v. Halliburton Co., et al.*, ___ U.S. ___, ___ S.Ct. ___, June 6, 2011, holding that plaintiff does not need to prove loss causation in order to obtain class certification.

No. 08-11195

Therefore the district court's judgment is reversed and the case is remanded to the district court for further proceedings or decision.

REVERSED and REMANDED.